# PROCEEDINGS OF SUPREME COURT

### GENERAL DOCKET

Aetna Cas. & Sur. Co. v. Ginder, Treas.. 19318
Clemmer-Johnson Co. v. Indd. Comm... 18871
Hampshire Trust Co. v. Stevenson et.... 19203
Kornhauser, Rec. v. Nat'l Surety Co.... 19057
South. Ry. Co. v. Nat. League Com. Mer. 19461
State ex. v. Henderson et.............. 19390

### MOTION DOCKET

Bander v. Davies..................... 19465
Canton (City) v. Jones.............. 19460
Carniola Realty Co. v. Kausek et...... 19548
Conn et v. Jones, Treas.............. 19329
Fetterman v. Bingham et............ 19480
Frate et v. Rimenick et ............. 19344
Goby v. Minerva Eng. Co............ 19220
Griggs v. Stump, Treas............. 19466
Howard et v. Comm. Bk. Co.......... 19481
Ind. Comm. v. Chery .............. 19417
Ind. Comm. v. Madden .............. 19449
Killianny v. State........ 19487-19488-19489
Kleever v. Bush..................... 19468
Leonard, Rec. v. Conn.............. 19473
Lutz-Griffith Co. v. Eckhardt ....... 19462
Sandusky Gas Co. v. State........... 19408
Smith, Rec. v. Bennett ............... 19463
South. Ry. Co. v. Nat'l Comm. Mer.... 19461
Tell-Stop App. Co. v. Tell-Stop Sig. Co. 19464
Tuck v. Chapple .................... 19025
Tuck v. Chapple .................... 19026

## PROCEEDINGS
## OHIO SUPREME COURT
### TUESDAY, JAN. 19, 1926
### GENERAL DOCKET

18871—Clemmer Johnson Co. v. Industrial Commission of Ohio; error to the Industrial Commission. Final judgment for plaintiff in error. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 12-18-24; 3 Abs. 2; OS. Pend. 3 Abs. 132.

19057—S. J. Kornhauser, Recr. v. National Surety Co.; error to Cuyahoga Appeals. Judgment affirmed. Marshall, CJ., Jones, Matthias, Day, Allen and Kinkade, JJ., concur. Dock. 4-1-25; 3 Abs. 233; OS. Pend. 3 Abs. 314.

19203—Hampshire County Trust Co. v. Matilda May Stevenson et al; error to the Champaign Appeals. Judgment affirmed. Jones, Matthias, Day, Allen and Kinkade, JJ., concur. Dock. 6-13-25; 3 Abs. 386.

19318—Aetna Casualty & Surety Co. v. William M. Ginder, Treasurer; error to the Franklin Appeals. Judgment of the Court of Appeals reversed and that of the court of common pleas affirmed. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 8-12-25; 3 Abs. 530.

19390—State of Ohio, ex rel. Errett A. Pierson, v. W. A. Henderson et al. In Mandamus. Dismissed without record on motion of relator and at his costs. Dock. 8-15-25; 3 Abs. 530.

### TUESDAY, JAN. 26, 1926

19461—Southern Railway Co. v. National League of Commission Merchants. Hamilton. Dismissed. No constitutional question involved. Dock. 12-8-25; 3 Abs. 762.

## MOTION DOCKET

19025—Robert E. Tuck v. George Chapple. Motion by plaintiff to reinstate cause No. 19025 on the General Docket. Former action of dismissal reconsidered and cause reinstated. Dock. 3-18-25; 3 Abs. 198.

19026—Amanda Tuck v. George Chapple. Motion by plaintiff to reinstate cause No. 19026 on the General Docket. Former action of dismissal reconsidered and cause reinstated. Dock. 3-18-25; 3 Abs. 198.

19220—Clifford S. Goby v. Minerva Engine Co. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 6-20-25; 3 Abs. 401; OA. 3 Abs. 586; OS. Pend. 3 Abs. 566.

19329—Harry L. Conn et al, Trustees v. John J. Jones, Treas., et al. Motion by plaintiff to dispense with printing part of record. Allowed. Dock. 8-15-25; 3 Abs. 530; OS. Pend. 3 Abs. 595; OA. 3 Abs. 528.

19344—Maria Frate et al v. Fanny Rimenick et al. Motion by plaintic for an order dispensing with printing of record. Allowed. Dock. 8-31-25; 3 Abs. 562.

19408—Sandusky Gas & Electric Co. v. State of Ohio. Motion by defendant to dismiss petition in error as of rights. Overruled. Dock. 11-7-25; 3 Abs. 706.

19417—Industrial Commission of Ohio v. Della Chery. Motion for Franklin Appeals to certify. Allowed. Dock. 11-13-25; 3 Abs. 722.

19449—Industrial Commission v. Martha M. Madden. Waiver of Printing Record. Allowed. Dock. 11-27-25; 3 Abs. 754.

19460—City of Canton, Ohio v. Louis J. Jones. Motion for Stark Appeals to certify. Overruled. Dock. 12-7-25; 3 Abs. 762.

19461—Southern Railway Co. v. National League of Commission Merchants. Motion for Hamilton Appeals to certify. Overruled. Dock. 12-8-25; 3 Abs. 762.

19461—Southern Railway Co. v. National League of Commission Merchants. Motion to dismiss on ground that no constitutional question is involved. Motion sustained. Dock. 12-8-25; 3 Abs. 762.

19462—Lutz-Griffith Co. v. Anna M. Eckhardt. Motion for Lucas Appeals to certify. Overruled. Dock. 12-8-25; 3 Abs. 762.

19463—S. G. Smith, Recr. v. Smith W. Bennett. Motion for Perry Appeals to certify. Overruled. Dock. 12-9-25; 3 Abs. 762.

19464—Tell-Stop Appliance Co. v. Tell-Stop Signal Co. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 12-9-25; 3 Abs. 762; OA. 4 Abs. 39.

19465—F. S. Bander v. Sidney Davies. Motion for Trumbull Appeals to certify. Overruled. Dock. 12-10-25; 3 Abs. 762.

19466—Samantha E. Griggs v. Charles R. Stump, as Treas. Motion for Perry Appeals to certify. Overruled. Dock. 12-10-25; 3 Abs. 762.

19468—Elmer A. Kleever v. A. M. Bush et al. Motion for Fayette Appeals to certify. Overruled. Dock. 12-10-25; 3 Abs. 762.

19473—William J. Leonard, receiver, v. State of Ohio and Harry L. Conn. Motion for Franklin Appeals to certify. Overruled. Dock. 12-11-25; 3 Abs. 762.

19480—Vernon B. Fetterman v. Electa A. Bingham, et al. Motion for Cuyahoga Appeals to certify. Allowed. Dock. 12-11-25; 3 Abs. 762.

19481—Adam Howard et al. v. the Commercial Savings Bank Com. Motion for Crawford